# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TIMOTHY JACOBS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:05-CV-857 MLM |
| ALFORD GARCIA, et al., | ) |
| Defendants. | ) |

## ORDER OF TRANSFER

**IT IS HEREBY ORDERED** that the instant complaint is **TRANSFERRED** to the United States District Court for the Western District of Missouri pursuant to 28 U.S.C. § 1406(a).

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this  6th  day of July, 2005.